| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | *Corey Tyrrell-Tanji Willoughby* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Manal Rebecca Willoughby* | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: *Rushmore Loan Mgmt Ser*<br><br>Description of property securing debt: *37157 Gilchrist St Westland, MI 48186  Wayne County*<br>*Zillow = $149,804* | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>*retain and pay* | ☐ No<br><br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: *Ally Financial* | ☐ No<br>■ Yes |
| Description of leased Property: *Lease interest in a 2019 Jeep Cherokee. Payments are $350 per month.* | |
| Lessor's name: *Chrysler Capital* | ☐ No |

Official Form 108      Statement of Intention for Individuals Filing Under Chapter 7      page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | *Corey Tyrrell-Tanji Willoughby* | |
|---|---|---|
| Debtor 2 | *Manal Rebecca Willoughby* | Case number *(if known)* |

■ Yes

Description of leased Property:  *Acct# 30000219711381000*
*Opened 11/18*
*Lease interest in a 2019 Dodge Ram. (payments are $317 per month.*
*Debtor will keep lease and continue payments)*

**Part 3:  Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X */s/ Corey Tyrrell-Tanji Willoughby*          X */s/ Manal Rebecca Willoughby*
*Corey Tyrrell-Tanji Willoughby*                     *Manal Rebecca Willoughby*
Signature of Debtor 1                                        Signature of Debtor 2

Date   *June 12, 2019*                                      Date   *June 12, 2019*